# First District Court of Appeal
## State of Florida

_____

No. 1D18-3945

_____

WILLIS ALPHONSO REDDICK,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

January 16, 2019

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Willis Alphonso Reddick, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.